**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**DANNY TREY CROSSLAND #785923** — **CASE NO. 2:25-CV-00164 SEC P**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**SHERIFFS OFFICE VERNON PARISH ET AL** — **MAGISTRATE JUDGE LEBLANC**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Danny Crossland's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that his motion to appoint counsel (Doc. 18) is **DENIED** as **MOOT.**

**THUS DONE AND SIGNED** in chambers on this 25th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**